# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:10-cr-00347-CAP -LTW
### USA v. Styles
### Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 05/05/2011.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 11:30 A.M.   COURT REPORTER: Martha Frutchey
TIME IN COURT: 00:25                DEPUTY CLERK: Y. Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Encre Dalone Styles Present at proceedings |
| ATTORNEY(S) PRESENT: | Daniel Kane representing Encre Dalone Styles<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | CBOP 60 mos., followed by 3 yrs spv'd release. $100 special assessment. No fine imposed. Restitution jointly & severally w/co defendants in the amount of $784,335.86. (see J&C for details of restitution. Dft given appeal rights. Dft remanded to custody of USM. |
| HEARING STATUS: | Hearing Concluded |